1

2

3

4

5

6

7

8                                    NOT FOR CITATION

9                      IN THE UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   JESSE M. PLAZA,                        )    No. C 08-1589 JF (PR)
                                            )
13              Petitioner,                 )    ORDER DENYING MOTION
                                            )    FOR STAY; TO SHOW
14    vs.                                   )    CAUSE
                                            )
15                                          )
     BEN CURRY, Warden,                     )
16                                          )
                Respondent.                 )    (Docket No. 3)
17   _____  )

18

19         Petitioner, a prisoner of the State of California, has filed a habeas corpus petition

20   pursuant to 28 U.S.C. § 2254 challenging the Board of Parole Hearings' decision to deny

21   Petitioner parole.  On May 13, 2008, the Court ordered Respondent to show cause why the

22   petition should not be granted based on Petitioner's cognizable claims.  Instead of filing an

23   answer or motion to dismiss, as Respondent was ordered to do, Respondent filed a motion

24   to stay this case indefinitely, pending the issuance of a decision in Hayward v. Marshall,

25   512 F.3d 536 (9th Cir.), reh'g en banc granted, No. 06-55392, slip op. at 1 (9th Cir. May

26   16, 2008).

27         Respondent asserts that a stay is warranted on basis of judicial order and economy

28   because Hayward "may" decide various issues applicable to this case.  It is an abuse of

Order Denying Motion for Stay; To Show Cause
P:\PRO-SE\SJ.JF\HC.08\Plaza589_deny-stay.osc.wpd        1

1  discretion for a district court to stay a habeas petition indefinitely pending resolution of a

2  different case involving parallel issues on the basis of judicial economy and to prevent an

3  intra-district split in decisions.  <u>Yong v. INS</u>, 208 F.3d 1116, 1120-22 (9th Cir. 2000).

4    Accordingly, the motion for a stay is DENIED.

5    Within **60 days** of the date this order is filed, Respondent shall comply with the

6  May 13, 2008 Order to Show Cause.

7    This order terminates Docket No. 3.

8    IT IS SO ORDERED.

9  DATED: 6/30/08

10    JEREMY FOGEL
   United States District Judge

Order Denying Motion for Stay; To Show Cause
P:\PRO-SE\SJ.JF\HC.08\Plaza589_deny-stay.osc.wpd    2